United States District Court
Southern District of Texas
**ENTERED**
August 27, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Han Chen, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-3716 |
| | § | |
| Martin Frink, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court is Respondent's Status Report indicating that Petitioner Han Chen was removed from the United States to China on August 10, 2026. Doc. 18.

Petitioner's removal renders the sole challenge in his Petition—his detention—non-justiciable. *See* Doc. 1. The Petition is therefore DISMISSED AS MOOT.

The action shall be restored to the docket upon Petitioner's request and his demonstration that any aspect of the Petition has not been rendered moot by his removal.

A final judgment will be entered separately.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 27th of August, 2026.

Nicholas J. Ganjei
United States District Judge